IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: September 21, 2006**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 06-cv-01851-REB**

| | |
|---|---|
| UNITED HEALTHCARE OF COLORADO, INC., | Gregory Tamkin |
| PACIFICARE HEALTH PLAN ADMINISTRATORS, INC., | William Stoeri |
| PACIFICARE OF COLORADO, INC., and | |
| UNITED HEALTHCARE INSURANCE COMPANY. | |

    Plaintiffs,

v.

| | |
|---|---|
| HCA, INC., | Gale Timothy Miller |
| HEALTHONE OF DENVER, INC., | John Francis |
| HCA-HEALTHONE, LLC., | |
| MEDICAL IMAGING OF COLORADO, LLC., and | |
| IMAGING GROUP, LLC, THE, | |

    Defendants.

---

**COURTROOM MINUTES**

---

**Hearing:     Motion for Temporary Restraining Order**

**1:30 p.m.    Court in session**.

Appearances of counsel.

Opening statements by the court.

Counsel are advised that oral argument is limited to 30 minutes per side.

1:33 p.m.     Oral argument by Mr William Stoeri, for the plaintiffs.

1:53 p.m.    Oral argument by Mr. Gale Miller, for the defendants.

2:19 p.m.    Rebuttal argument by, Mr. William Stoeri, for the plaintiffs.

**2:27 p.m.    Court in recess.**
**2:46 p.m     Court in session.**

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED as follows:**

    1.    Plaintiff's Motion for Temporary Restraining Order, [#7] filed September 18, 2006, **denied**.

**3:10 p.m.    Court in recess.**

*Total court time: 1 hour and 21 minutes - hearing concluded*