**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01851-REB-PAC

UNITED HEALTHCARE OF COLORADO, INC.,
PACIFICARE HEALTH PLAN ADMINISTRATORS, INC.,
PACIFICARE OF COLORADO, INC., and
UNITED HEALTHCARE INSURANCE COMPANY,
    Plaintiffs,

v.

HCA, INC.,
HEALTHONE OF DENVER, INC.,
HCA-HEALTHONE, LLC,
MEDICAL IMAGING OF COLORADO, LLC, and
THE IMAGING GROUP, LLC,

Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal with Prejudice Pursuant to Rule 41(a)(1)** [#34], filed November 10, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice Pursuant to Rule 41(a)(1)** [#34], filed November 10, 2006, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Preliminary Injunction hearing set for April 20, 2007, is **VACATED**; and

      4. That any pending motion is **DENIED** as moot.

Dated November 15, 2006, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**